IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST DALE NEWMAN,<br>TDCJ-CID NO. 560787,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRAD LIVINGSTON,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-07-1729 |

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this date, this case is **DISMISSED**, without prejudice.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this **8th** day of June, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE